IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| HERBERT DEAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 120-120 |
| | ) | |
| C.R. BARD INCORPORATED, and | ) | |
| BARD PERIPHERAL VASCULAR | ) | |
| INCORPORATED, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**

_____

United States District Judge David G. Campbell transferred this case from the United States District Court of Arizona, and the Clerk of Court opened the case in this District on August 28, 2020.  (See doc. no. 7.)  On that same day, the Clerk of Court filed a Notice of Filing Deficiency, notifying Plaintiff's counsel they were not admitted to practice in this district and must file a motion for admission *pro hac vice* ("PHV") within fourteen days after issuance of the notice.  (Doc. no. 8.)  There was no response to the August 28th notice of filing deficiency.

The deadline for Plaintiff's counsel to seek admission to this Court has passed. However, Plaintiff's counsel has not properly filed a motion for admission PHV. Accordingly, the Court **ORDERS** Plaintiff's counsel to make arrangements for admission to

the Court within seven days of the date of this Order.

SO ORDERED this 16th day of September, 2020, at Augusta, Georgia.


BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2