IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| HERBERT DEAN, | * |
| Plaintiff, | * |
| v. | *  CV 120-120 |
| CR BARD INCORPORATED and BARD PERIPHERAL VASCULAR INCORPORATED, | * |
| Defendants. | * |

**O R D E R**

Before the Court is the Parties' joint stipulation of dismissal without prejudice. (Doc. 26.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed by the Parties.

**ORDER ENTERED** at Augusta, Georgia, this 21ST day of April, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA